UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br><br>**Anne Kathleen Bickel**<br><br>aka Kathy Bickel,<br><br>      Debtor(s). | CHAPTER 7<br>CASE NO.: 18-26485 |
| **Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9**<br>                      Movant,<br>v.<br><br>**Anne Kathleen Bickel aka Anne K. Bickel,**<br>      Debtor(s),<br>George W. Liebmann,<br>      Trustee,<br><br>                Respondents. | **FILED PURSUANT TO 11 U.S.C SECTIONS 362** |

## MOTION SEEKING RELIEF FROM STAY REGARDING PROPERTY AT 1146 ANNIS SQUAM HARBOUR, PASADENA, MARYLAND 21122

Comes now Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9, ("Movant"), by Counsel, and moves this Honorable United States Bankruptcy Court for relief from the stay imposed by 11 U.S.C. Section 362(a), and in support thereof, states as follows:

1. That this Motion is filed pursuant to 11 U.S.C. Section 362(d) and Rules 4001 and 9014 of the Bankruptcy Rules, as hereinafter shall more fully appear.

2. On July 26, 2006, Anne Kathleen Bickel aka Anne K. Bickel executed and delivered a Promissory Note ("Note") and Deed of Trust ("Mortgage") securing payment of the Note

in the amount of $219,200.00 to Home Loan Center, Inc., dba LendingTree Loans. The Mortgage was recorded on August 10, 2006, in Book 18132 at Page 679, in the Public Records of Anne Arundel, County, Maryland, with LandAmerica Transnation Title Insurance Company, as trustee. The loan was transferred to Movant. True and accurate copies of documents establishing a perfected security interest and ability to enforce the terms of the Note are attached hereto as Composite Exhibit "A." The documents include copies of the Note with indorsements (if any), recorded Mortgage, Assignment(s) of Mortgage, and any other applicable documentation supporting the right to seek the lifting of the automatic stay and to foreclose, if necessary.

3. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgements, mortgages, and security agreements in support of right to see a lift of the automatic stay and foreclose if necessary.

4. The Mortgage provides Secured Creditor a lien on the real property located in Anne Arundel, County, Maryland, and legally described as:

BEING KNOWN AND DESIGNATED AS LOT NO. 73, PLAT 4, ELIZABETH'S LANDING, WHICH PLAT IS RECORDED AMONG THE LAND RECORDS OF ANNE ARUNDEL COUNTY, MARYLAND IN PLAT BOOK NO. 73, FOLIO 29. THE IMPROVEMENTS THEREON BEING KNOWN AS NO. 1146 ANNIS SQUAM HARBOUR.

This property is located at the street address of: 1146 ANNIS SQUAM HARBOUR, PASADENA, MARYLAND 21122  (the "Property").

5. The terms of the aforementioned Note and Mortgage have been in default, and remain in default, since January 01, 2019 with arrears in the amount of $2,486.29 as of February 14, 2019.

6. According to Maryland Department of Assessment & Taxation, the value of the property is $225,000.00. See Exhibit "B" which is attached hereto and permissible as a property valuation under Fed. R. Evid. 803(8). The payoff as of February 14, 2019 is $219,781.27. See Exhibit "C".

7. Based upon the Debtor(s)' schedules, the property is claimed as non-exempt and the debtor intends to surrender the property. The Trustee has abandoned the property.

8. Secured Creditor's security interest in the subject property is being significantly jeopardized by Debtor(s)' failure to comply with the terms of the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest. Secured Creditor has no protection against the erosion of its collateral position and no other form of adequate protection is provided.

9. If Secured Creditor is not permitted to enforce its security interest in the collateral or be provided with adequate protection, it will suffer irreparable injury, loss, and damage.

10. Secured Creditor respectfully requests the Court grant it relief from the Automatic Stay in this cause pursuant to §362(d)(1) of the Bankruptcy Code, for cause, namely the lack of adequate protection to Secured Creditor for its interest in the above stated collateral.

11. Once the stay is terminated, the Debtor will have minimal motivation to insure, preserve, or protect the collateral; therefore, Secured Creditor requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(3).

12. Secured Creditor has incurred court costs and attorney's fees in this proceeding and will incur additional fees, costs and expenses in foreclosing the Mortgage and in preserving and protecting the property, all of which additional sums are secured by the lien of the mortgage. Secured Creditor seeks an award of its reasonable attorneys' fees and costs, or alternatively, leave to seek recovery of its reasonable attorneys' fees and costs in any pending or subsequent foreclosure proceeding.

**WHEREFORE**, Secured Creditor, prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) so that the undersigned may proceed to enforce its security interest in the subject property by: (i) instituting or continuing foreclosure proceedings against the subject property in state court, (ii) allowing it to take such other actions with respect to the subject property as are set forth under applicable non-bankruptcy law, and (iii) allowing the successful purchaser at the foreclosure sale to obtain possession of the subject property, (iv) that the Order be binding and effective upon the Debtor despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and (v) the fourteen (14) day appeal period shall be waived.

## NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS

The Movant will submit business records as evidence at any scheduled hearing, as allowed under Fed. R. Bankr. P. 9017 and FRE 902(11). These business records and the declaration of their maintenance as business records are available for inspection by the adverse party upon demand.

Dated: March 25, 2019

                                  /s/ David A. Rosen
                                  David A. Rosen
                                  MD Federal Bar No. 14583
                                  RAS Crane, LLC
                                  11900 Parklawn Drive, Suite 310

Rockville, MD 20852
Phone: (844) 442-2150, ext. 242
Fax (240) 238-3767
Email: darosen@rascrane.com
Attorney for Movant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 25, 2019, a copy of the Motion for Relief from Stay thereon has been served upon the following necessary parties in interest, via either electronic mail or first class mail postage prepaid:

Anne Kathleen Bickel
aka Kathy Bickel
1146 Annis Squam Harbour
Pasadena, MD 21122
*Debtor*

David L. Ruben
Law Offices of David Ruben
7310 Ritchie Highway
Suite 704
Glen Burnie, MD 21061
*Debtor's Attorney*

George W. Liebmann
Liebmann & Shively, P.A.
8 W Hamilton Street
Baltimore, MD 21201
*Trustee*

DATE: March 25, 2019

                        By: /s/ David A. Rosen
                              David A. Rosen
                              Email: darosen@rascrane.com