IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| BICKEL, ANNE KATHLEEN | * | CASE NO. 18-26485-MMH |
| | * | |
| Debtor | * | (Chapter 7) |

*****************************************************************

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C § 363(b), (f) AND (m), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND (III) OTHER RELIEF**

TAKE NOTICE that George W. Liebmann, Trustee for the bankruptcy estate of Anne Kathleen Bickel (the "Trustee"), has filed a motion to approve short sale of real property of the Debtor known as 1146 Annis Squam Harbour, Pasadena, Maryland 21122 (the "Property") free and clear of liens, claims, encumbrances and interests pursuant to 11 U.S.C. § 363(b), (f) and (m) to Scott D. Emge and Alicia L. Emge (the "Purchasers") through the services of BK Global ("BK Global") for the purchase price of One Hundred Seventy-Five Thousand Dollars and No/100 Cents ($175,000.00), with a Buyer's Premium of Six Thousand Dollars and No Cents ($6,000.00) to be paid to the Trustee for distribution to unsecured claims of the estate.

Creditors and other parties in interest with objections to the sale must file any such objections within twenty-one days of service of this notice, December 12, 2019, with the United States Bankruptcy Court for the District of Maryland, Garmatz Federal Courthouse, Room 8530, 101 W. Lombard Street, Baltimore, MD 21201, with a copy to the undersigned and to the Office of the U.S. Trustee, Garmatz Federal Courthouse, 101 West Lombard Street, Room 2625, Baltimore, MD 21201.

If timely objection is filed, a hearing will be held on 01/16/2020 at 11:00 a.m., Courtroom 9-C, Garamatz Federal Courthouse, 101 West Lombard Street, Baltimore, MD 21201. The sale may be approved without further notice if no objections are filed. The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed. Any objection must contain a complete specification of the factual and legal grounds upon which the objection is based. Parties in interest with questions may contact the Trustee.

Dated: November 21, 2019

*s/George W. Liebmann*
George W. Liebmann (Fed. Bar No. 01112)
George W. Liebmann, P.A.
700 North Charles Street, Unit 6D

Baltimore, MD  21201
410-752-5887
gliebmann@lspa.comcast.biz.net

## CERTIFICATE OF SERVICE

Under penalty of perjury, I have read the foregoing Motion and it is true and correct to the best of my knowledge information and belief.  I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Chapter 7 Trustee's Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f) and (m), (ii) Surcharge Agreement Between Secured Lender and the Estate, and (iii) Other Relief* has been sent via first-class United States Mail, postage prepaid, or via electronic file transfer this 21st day of November 2019 to:

    David L. Ruben  (*via CM/ECF*)  sue@mdbankruptcycenter.com, lindsay@rubenlaw.com

    Brittany Marie Taylor  (*via CM/ECF*)   btaylor@rascrane.com

Office of the US Trustee
Garmatz Federal Courthouse
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201
*via U.S. Mail*

Anne Kathleen Bickel
1325 A Donald Avenue
Severn, MD 21144
*via U.S. Mail*

Patrick Butler
BK Global Real Estate Services
1095 Broken Sound Parkway, NW
Suite 200
Boca Raton, FL 33487
*via U.S. Mail*

Gladwin D'Costa
BK Global Real Estate/ Maryland REO Real
13978 Baltimore Ave
N.W. Suite 100
Laurel, MD 20707
*via U.S. Mail*

Harris M. Weingrad
REMAX Allegiance
1720 Wisconsin Ave NW
Washington, DC 20007
*via U.S. Mail*

ALL PARTIES ON ATTACHED LIST

*s/George W. Liebmann*
George W. Liebmann, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 18-26485<br>District of Maryland<br>Baltimore<br>Thu Nov 21 11:50:56 EST 2019 | Deutsche Bank National Trust Company, as Tru<br>RAS CRANE, LLC<br>10700 ABBOTT'S BRIDGE ROAD SUITE 17<br>Duluth, GA 30097-8458 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Tower Federal Credit Union<br>7901 Sandy Spring Road<br>Laurel, MD 20707-3589 | Baltimore<br>Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201-2605 | Anne Arundel County, Maryland<br>Office of Law<br>2660 Riva Road, 4th Floor<br>Annapolis, MD 21401-7055 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/Shell Oil<br>Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Comptroller of Maryland<br>State Office Building<br>301 W. Preston Street<br>Room 206<br>Baltimore, MD 21201-2326 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>RAS CRANE, LLC<br>BANKRUPTCY DEPARTMENT<br>10700 ABBOTT'S BRIDGE ROAD, SUITE 1<br>DULUTH, GA 30097-8458 |
| Exxon/ Mobil<br>P.O. Box 653095<br>Dallas, TX 75265-3095 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Medicare Premium Collection Center<br>PO Box 790335<br>Saint Louis, MO 63179-0335 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | Ocwen Loan Servicing<br>Attn: Research/Bankruptcy<br>1661 Worthington Rd   Ste 100<br>West Palm Beach, FL 33409-6493 | Pivot Physical Therapy of Greater Balt.<br>PO Box 590<br>Westminster, MD 21158-0590 |
| Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Syncb/PLCC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | TJX Rewards<br>P.O. Box 530949<br>Atlanta, GA 30353-0949 | Tower Federal CU<br>Attn: Bankruptcy<br>Po Box 123<br>Annapolis Junction, MD 20701-0123 |

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Wells Fargo Jewelry Advantage<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 |
| Xfinity<br>c/o Comcast Cable<br>PO Box 3005<br>Southeastern, PA 19398-3005 | Anne Kathleen Bickel<br>1325 A Donald Avenue<br>Severn, MD 21144 | David L. Ruben<br>Law Offices of David Ruben<br>7310 Ritchie Highway<br>Suite 704<br>Glen Burnie, MD 21061-3294 |
| George W. Liebmann<br>Liebmann & Shively, P.A.<br>8 W Hamilton Street<br>Baltimore, MD 21201-5008 | Gladwin D'Costa<br>BK Global Real Estate/ Maryland REO Real<br>13978 Baltimore Ave<br>N.W. Suite 100<br>Laurel, MD 20707-5086 | Patrick Butler<br>BK Global Real Estate Services<br>1095 Broken Sound Parkway, NW<br>Suite 100<br>Boca Raton, FL 33487-3503 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank Of America<br>Attn: Bankruptcy<br>Po Box 982238<br>El Paso, TX 79998 | Internal Revenue Service<br>Insolvency Unit<br>31 Hopkins Plaza<br>Room 1150<br>Baltimore, MD 21201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Elizabeths Landing Comm Assoc<br>INVALID ADDRESS PROVIDED | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                   40 |